Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Charlyn Greene,

        Petitioner,

  vs.

Nationstar Mortgage LLC
d/b/a Mr Cooper, et. al.,

JUDGMENT IN A CIVIL CASE

Case No.  1:24-cv-131

| | |
|---|---|
| ☐ | **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| ☐ | **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |
| ☑ | **Decision on Motion**.  This action came before the Court on motion.  The issues have been considered and a decision rendered. |
| ☐ | **Stipulation**.  This action came before the court on motion of the parties.  The issues have been resolved. |
| ☐ | **Dismissal**.  This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P.  41(a)(1)(ii). |

## IT IS ORDERED AND ADJUDGED:

Pursuant to the Order filed April 7, 2026,  Nationstar's Motion to Dismiss (Doc. Nos. 6 and 9) are GRANTED. This matter is DISMISSED in entirety for failure to state a claim on which relief may be granted.

Date:  April 7, 2026

KARI M. KNUDSON, CLERK OF COURT

by:  */s/ Melissa Fischer, Deputy Clerk*